UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Guardian Angels Health and
Rehabilitation Center, a Minnesota
non-profit private corporation,

              Plaintiff,

vs.                                      ORDER

Cal R. Ludeman, in his official
capacity as Commissioner,
Minnesota Department of Human
Services,

              Defendant.         Civ. No. 06-3353 (JNE/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That this case is placed in Administrative Stay until further Order of the Court.

                                                BY THE COURT:

DATED: February 12, 2007                  s/ Joan N. Ericksen
                                                    Judge Joan N. Ericksen
                                                    United States District Court